AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| RAPTOR LLC & CONCRETE SERVICES LLC  *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-21509-CMA |
| ODEBRECHT CONSTRUCTION, INC., JAIRO FLOR, BARREIRO CONTRUCTION CORP, ABELE BARREIRO, BARREIRO CONCRETE MATERIALS, INC. & AMERICO BARREIRO  *Defendant(s)* | ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ODEBRECHT CONSTRUCTION, INC.
c/o Tais Chamadoiro, Reg. Agent
201 Alhambra Circle - Suite 1000
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOHN H. FARO, Esq.
FARO & ASSOCIATES
1395 BRICKELL AVENUE
SUITE 800
MIAMI, FL  33131
305-761-69

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/24/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RAPTOR LLC & CONCRETE SERVICES LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> ODEBRECHT CONSTRUCTION, INC., JAIRO FLOR, BARREIRO CONTRUCTION CORP, ABELE BARREIRO, BARREIRO CONCRETE MATERIALS, INC. & AMERICO BARREIRO <br><br> *Defendant(s)* | Civil Action No. 1:17-cv-21509-CMA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JAIRO FLOR
201 Alhambra Circle - Suite 1000
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN H. FARO, Esq.
FARO & ASSOCIATES
1395 BRICKELL AVENUE
SUITE 800
MIAMI, FL  33131
305-761-69

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    04/24/2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RAPTOR LLC & CONCRETE SERVICES LLC | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:17-cv-21509-CMA |
| ODEBRECHT CONSTRUCTION, INC., JAIRO FLOR, BARREIRO CONTRUCTION CORP, ABELE BARREIRO, BARREIRO CONCRETE MATERIALS, INC. & AMERICO BARREIRO | | |
| *Defendant(s)* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BARREIRO CONTRUCTION CORP
c/o ABELE BARREIRO, Reg. Agent
25440 SW 140th Avenue
Princeton, FL 33032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN H. FARO, Esq.
FARO & ASSOCIATES
1395 BRICKELL AVENUE
SUITE 800
MIAMI, FL  33131
305-761-69

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    04/24/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| RAPTOR LLC & CONCRETE SERVICES LLC<br><br>*Plaintiff(s)*<br>v.<br>ODEBRECHT CONSTRUCTION, INC., JAIRO FLOR, BARREIRO CONTRUCTION CORP, ABELE BARREIRO, BARREIRO CONCRETE MATERIALS, INC. & AMERICO BARREIRO<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17-cv-21509-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ABELE BARREIRO
25440 SW 140th Avenue
Princeton, FL 33032


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOHN H. FARO, Esq.
FARO & ASSOCIATES
1395 BRICKELL AVENUE
SUITE 800
MIAMI, FL  33131
305-761-69

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/24/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RAPTOR LLC & CONCRETE SERVICES LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> ODEBRECHT CONSTRUCTION, INC., JAIRO FLOR, BARREIRO CONTRUCTION CORP, ABELE BARREIRO, BARREIRO CONCRETE MATERIALS, INC. & AMERICO BARREIRO <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17-cv-21509-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BARREIRO CONCRETE MATERIALS, INC.
c/o AMERICO BARREIRO, Reg. Agent
25440 SW 140th Avenue
Princeton, FL 33032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JOHN H. FARO, Esq.
FARO & ASSOCIATES
1395 BRICKELL AVENUE
SUITE 800
MIAMI, FL  33131
305-761-69

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    04/24/2017



Steven M. Larimore
Clerk of Court

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RAPTOR LLC & CONCRETE SERVICES LLC <br><br> *Plaintiff(s)* <br> v. <br> ODEBRECHT CONSTRUCTION, INC., JAIRO FLOR, BARREIRO CONTRUCTION CORP, ABELE BARREIRO, BARREIRO CONCRETE MATERIALS, INC. & AMERICO BARREIRO <br> *Defendant(s)* | Civil Action No. 1:17-cv-21509-CMA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMERICO BARREIRO
25440 SW 140th Avenue
Princeton, FL 33032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN H. FARO, Esq.
FARO & ASSOCIATES
1395 BRICKELL AVENUE
SUITE 800
MIAMI, FL  33131
305-761-69

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/24/2017



Steven M. Larimore
Clerk of Court

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

**SUMMONS**